UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Jody Fox** and **Maria Fox**, | ) | |
| | ) | Case No. 1:07-cv-106 |
| Plaintiffs, | ) | |
| | ) | Hon. Robert Holmes Bell |
| v. | ) | |
| | ) | |
| **Oxford Collection Agency, Inc.**, | ) | |
| a New York corporation, d/b/a | ) | |
| **Oxford Management Services,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs Jody Fox and Maria Fox, through their attorney of record, hereby file this Notice of Dismissal, with defendant having filed neither an appearance nor a responsive pleading herein.

This action is to be dismissed with prejudice.

Dated: March 7, 2007

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiffs
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503
(616) 776-1176
ConsumerLawyer@aol.com