UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Jody Fox** and **Maria Fox**, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>**Oxford Collection Agency, Inc.**, )<br>a New York corporation, d/b/a )<br>**Oxford Management Services,** )<br> )<br>Defendant. )<br>_____) | Case No. 1:07-cv-106<br><br>Hon. Robert Holmes Bell |

**ORDER OF DISMISSAL**

The plaintiffs have filed a notice of dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, requesting dismissal of this action with prejudice, and defendant has not filed an appearance or responsive pleading.

Therefore, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this __ day of _____, 2007.

_____
Robert Holmes Bell
Chief, United States District Judge